1 Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
2 First Library Square
1114 Fremont Avenue
3 South Pasadena, CA 91030-3227

4 Tel: 626-799-9797
Fax: 626-799-9795
5 TPRLAW@att.net

6 Attorneys for Plaintiff
J & J Sports Productions, Inc.

**FILED**
JUN 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | Case No. 1:12-cv-01954-AWI-SMS |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| ARNULFO MAGANA GARIBAY, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendants: ARNULFO MAGANA GARIBAY and MARICELA CUEVAS, individually and d/b/a MARISCOS COLIMA, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 24, 2013

/s/Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

It is so Ordered. Dated: 6-14-13

_____
United States District Judge

Page 1