Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**FILED**

JUN 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ARNULFO MAGANA GARIBAY, et al.,<br><br>Defendants. | Case No. 1:12-cv-01954-AWI-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendants: ARNULFO MAGANA GARIBAY and MARICELA CUEVAS, individually and d/b/a MARISCOS COLIMA, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 24, 2013      /s/Thomas P. Riley
     LAW OFFICES OF THOMAS P. RILEY, P.C.
     By: Thomas P. Riley
     Attorneys for Plaintiff
     J & J Sports Productions, Inc.

It is so Ordered. Dated: 6-14-13

_____
United States District Judge

Page 1